JAY D. NEWELL, as Administrator of the Estate of BER-
NARD NEWELL, Deceased, Respondent, *v.* BROOKLYN,
QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY,
Appellant.

(Argued October 15, 1935; decided November 19, 1935.)

*Harold L. Warner* and *George D. Yeomans* for appellant.
*Myron Wisoff*, *William S. Butler* and *M. N. Schleider*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.